**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 06-7153**

—————————

NATHANIEL K. JOHNSON,

Plaintiff - Appellant,

versus

PATRICIA R. STANSBERRY,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Joseph C. Howard, Senior District Judge.  (5:06-hc-02049-H)

—————————

Submitted: December 14, 2006      Decided:  December 20, 2006

—————————

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Nathaniel K. Johnson, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel K. Johnson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition.  We have reviewed the record and find no reversible error.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court.  Johnson v. Stansberry, No. 5:06-hc-02049-H (E.D.N.C. June 7, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED